UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATHANASIOS DINIS,

                            Plaintiff,          **ORDER**

          -against-                    **22-CV-7741 (VEC) (JW)**

NEW YORK CITY DEP'T. OF EDUC., *et al.*,

                            Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 15, 2023, Defendants responded to the Complaint by filing a motion to dismiss. Dkt. No. 15. The following briefing schedule is set:

- Plaintiff's deadline to respond to Defendants' motion is **April 28, 2023**.

- Defendants' deadline to file a reply is **May 12, 2023**.

SO ORDERED.

DATED:    New York, New York
               March 31, 2023

                                                                                             */s/ Jennifer E. Willis*
                                                                             JENNIFER E. WILLIS
                                                                             United States Magistrate Judge