UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATHANASIOS DINIS,

                            Plaintiff,                    **ORDER**

         -against-                  **22-CV-7741 (VEC) (JW)**

NEW YORK CITY DEP'T. OF
EDUCATION, et al.

                           Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Defendants' letter requesting a stay of discovery pending a partial motion to dismiss of the claims for hostile work environment. Dkt. No. 45. In light of Plaintiff's reply letter offering a stipulation to withdraw those claims (Dkt. No. 48), the Parties, should they agree to stipulate, are ordered to file such stipulation by **July 12, 2024**.

      SO ORDERED.

DATED:    New York, New York
               July 3, 2024

                                                    _/s/ Jennifer E. Willis_
                                                    JENNIFER E. WILLIS
                                                    United States Magistrate Judge