UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ATHANASIOS DINIS,

               Plaintiff,                             **ORDER**

              -against-                       **22-CV-7741 (VEC) (JW)**

NEW YORK CITY DEP'T. OF EDUC., *et al.*,

               Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 27, 2025, this Court held a settlement conference in this matter. At the conclusion of the March 27th conference, the Parties agreed to return for a second settlement conference and, in the meantime, engage in their own settlement discussions. A second settlement conference is scheduled for **April 28, 2025, at 11:30 AM in Courtroom 228, 40 Foley Square, New York, New York.** The Parties are to submit a joint letter by April 21, 2025, informing the Court whether the case has settled without court assistance or shall proceed as scheduled.

SO ORDERED.

DATED:   New York, New York
              April 2, 2025

                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge