UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ATHANASIOS DINIS,

                Plaintiff,                    **ORDER**

      -against-                  **22-CV-7741 (VEC) (JW)**

NEW YORK CITY DEP'T. OF EDUC., *et al.*,

                Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A pre-settlement conference for the case is scheduled for October 27, 2025, and a second settlement conference is scheduled for November 3, 2025. Counsel for the parties are directed to send an *ex parte* letter, no more than three pages, to the Court outlining the developments in settlement negotiations after the first March 27, 2025 settlement conference. The letter should be sent to WillisNYSDChambers@nysd.uscourts.gov by **5:00 PM on October 24, 2025**. The letter should be marked "Confidential Material for Use Only at Settlement Conference," and should not be sent to the other parties.

      SO ORDERED.

DATED:    New York, New York
               October 22, 2025

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge