UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATHANASIOS DINIS,

                  Plaintiff,         **ORDER**

        -against-                 **22-CV-7741 (VEC) (JW)**

NEW YORK CITY DEP'T. OF EDUC., *et al.*,

                 Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 3, 2025, a settlement conference was held before Judge Willis. No settlement was reached. The Parties are to return for a remote settlement conference November 6, 2025. A teams link was sent to the Parties.

SO ORDERED.

DATED:   New York, New York
             November 4, 2025

                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge